Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

FILED
2005 JUL 26 P 2: 43
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE MCGILL,<br><br>Defendants. | Case No. CIV-F-04-6477 REC LJO<br><br>Hon. Lawrence J. O'Neill<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEVE MCGILL** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff DIRECTV, INC. voluntarily dismisses without prejudice the above-captioned action as to Defendant STEVE MCGILL **only**, each party to bear its own costs and attorney fees.

DATED: January 7, 2005

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By:_____ s/ Sandeep J. Shah _____
Sandeep J. Shah
Attorneys for Plaintiff DIRECTV, INC.

It is so Ordered. Dated: Ang 26, 05

_____
United States District Judge

BNFY 353043v1                        -1-                        CIV-F-04-6477 REC LJO
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEVE MCGILL**

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On January 7, 2005, I served the foregoing document described as: **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEVE MCGILL** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

### ***SEE ATTACHED LIST***

[X]  **BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter, Nemer, Fields & Younger in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 7, 2005, at Irvine, California.

_____Janelle Klein_____           _____
                                                           (Signature)

BNFY 353043v1                                    -2-                                    CIV-F-04-6477 REC LJO

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEVE MCGILL**

**SERVICE LIST**

Steve McGill
1845 E. Birch Avenue
Fresno, California 93720

**[Defendant]**