1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DIRECTV INC,                    CASE NO. CV-F-04-6477 AWI  (NEW DJ LJO) LJO

12                    Plaintiff,        **ORDER TO CLOSE CASE**

         vs.

13

     McGILL,

14

                    Defendants.

15   _____/

16

            With good cause shown, the Court hereby directs the Clerk of Court to close the above titled

17

     action.

18

19

     IT IS SO ORDERED.

20

     **Dated:    February 13, 2007                /s/ Lawrence J. O'Neill**

21   b9ed48                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

1